UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLOS JOHNSON, | : | CIVIL CASE NO. |
| | : | 3:17-cv-00580-WWE |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| NAVIENT SOLUTIONS, LLC, | : | |
| | : | |
| DEFENDANT. | : | August 30, 2017 |

### STIPULATION OF DISMISSAL

Plaintiff Carlos Johnson and Defendant Navient Solutions, LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| **PLAINTIFF, CARLOS JOHNSON** | **DEFENDANT, NAVIENT SOLUTIONS, LLC** |
| By  */s/ Daniel G. Ruggiero*　　　　 | |
| Daniel G. Ruggiero | By  */s/ William C. Ruggiero*　　　 |
| 2 Fieldstone Drive | William C. Ruggiero |
| Raynham, MA 02767 | william.ruggiero@ogletreedeakins.com |
| Phone: 339.237.0343 | OGLETREE, DEAKINS, NASH, SMOAK & |
| Fax: 339.707.2808 | STEWART, P.C. |
| druggieroesq@gmail.com | 281 Tresser Boulevard, Suite 602 |
| | Stamford, CT  06901 |
| | Phone: 203.969.3100 |
| | Fax: 877.229.7662 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 30th day of August 2017.

/s/      William C. Ruggiero
*Attorneys for Navient Solutions, LLC*

31054028.1